# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO.  13-04369-dd |
| LESLY KAY CRICK | ) | CHAPTER 7 |
| DEBTOR | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING RELIEF FROM STAY

This matter is scheduled to come before the Court on December 17, 2013, on the motion filed November 7, 2013 by Wells Fargo Bank, N.A. (hereafter called "Lender") to modify the automatic stay of U.S.C. §362(a) to pursue its available state law remedies as to Lender's collateral, described briefly as 380 Marshland Road D13, Hilton Head Island, SC 29926.  The grounds of the motion were that the Debtor failure to make payments entitled Lender to relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1). Debtor and the Trustee have not objected as stated in an Affidavit of No Objection filed by Lender's attorney in this matter.  Now therefore, it is

ORDERED that Lender hereby is granted relief from the automatic stay of 11 U.S.C. §362(a) by modification of the stay as to Lender's Collateral to pursue its available state law remedies;

FURTHER, Lender agrees to waive any claim which may arise under 11 U.S.C. §503(b) or §507(b) as a result of this Order.  Lender further agrees that any funds realized from the sale of the Collateral in excess of all liens, costs and expenses will be paid to the Trustee.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**12/06/2013**



David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

Entered: 12/09/2013